United States Bankruptcy Court
District of Maryland

Robbins,
      Plaintiff

Adv. Proc. No. 14-00522-NVA

Day, Jr.,
      Defendant

## CERTIFICATE OF NOTICE

District/off: 0416-1　　　　User: tsukeena　　　　Page 1 of 1　　　　Date Rcvd: Sep 02, 2014
　　　　　　　　　　　　　　Form ID: sumprtrl　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
pla　　　　+E-mail/Text: ustpregion04.ba.ecf@usdoj.gov Sep 02 2014 19:51:17　　　Judy A. Robbins,
　　　　　　　c/o Office of the US Trustee,　　101 West Lombard St.,　　Suite 2625,　　Baltimore, MD 21201-2668
                                                                                                                                                                    TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2014　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2014 at the address(es) listed below:
　　　　　Hugh M.　(UST) Bernstein　　hugh.m.bernstein@usdoj.gov
                                                                                                                                          TOTAL: 1

Form sumprtrl (01/10)

## UNITED STATES BANKRUPTCY COURT

District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

| | |
|---|---|
| **In Re:** <br> Robert E Day, Jr. <br> Debtor(s) | Case No.:  13−30487 <br> Chapter:  7 |
| | Adversary No.:  14−00522 |
| Plaintiff(s) <br> Judy A. Robbins | Judge:  Nancy V. Alquist |

VS.

Defendant(s)
Robert E Day Jr.

## SUMMONS AND NOTICE OF PRE−TRIAL CONFERENCE

**To the above named defendant(s):**

YOU ARE SUMMONED and required to file with this court and to serve upon the plaintiff or the plaintiff's attorney:

> Hugh M. (UST) Bernstein
> Office of U.S. Trustee
> 101 W. Lombard Street
> Suite 2625
> Baltimore, MD 21201

either a motion or an answer to the complaint which is now served upon you.

   If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney within 30 days of the date of issuance of this by the clerk except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

   The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.

   YOU ARE HEREBY NOTIFIED THAT A PRE−TRIAL CONFERENCE WITH RESPECT TO THIS COMPLAINT HAS BEEN SET FOR:

> 12/3/14 at 02:00 PM
>
> 101 W. Lombard Street, Courtroom 2−A, Baltimore, MD 21201

Dated: 9/2/14

> Mark A. Neal, Clerk of Court
> by Deputy Clerk, Todd Sukeena
> 410−962−4072



**Sep 02, 2014**
*s/ Mark A. Neal*
**Clerk of the
Bankruptcy Court**