# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## (Baltimore Division)

| | | |
|---|---|---|
| **In re** | * | |
| | | Case No. 13-30487 NVA |
| **ROBERT E. DAY, JR.,** | * | |
| | | (Chapter 7) |
| Debtor. | * | |
| * * * * * * * | | |
| **JUDY A. ROBBINS,** | * | |
| | | Adv. Pro. No. 14-00522 |
| Plaintiff, | * | |
| v. | * | |
| **ROBERT E. DAY, JR.,** | * | |
| Defendant. | * | |
| * * * * * * * * * * * * * | | |

### NOTICE OF SERVICE OF DISCOVERY MATERIAL

I HEREBY CERTIFY that on this 14th day of October, 2014, copies of the following were served by first-class mail, postage prepaid, on Hugh M. Bernstein, Esq., United States Department of Justice, 101 W. Lombard Street, Suite 2650, Baltimore, Maryland 21201 *(Attorney for Plaintiff)*:

1. Defendant's First Set of Interrogatories to Plaintiff

2. Defendant's First Set of Requests for Production of Documents to Plaintiff

*[Continued Next Page]*

2

   /s/ Craig B. Leavers
Craig B. Leavers, Bar No. 26914
HOFMEISTER, BREZA & LEAVERS
Executive Plaza III
11350 McCormick Road, Suite 1300
Hunt Valley, Maryland 21031
(410) 832-8822 ext. 208
facsimile (410) 832-8833
CraigL@HBLlaw.com

*Attorney for Robert E. Day, Jr.*