IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | |
|---|---|
| In re<br><br>ROBERT E. DAY, JR.<br><br>  Debtor. | Bankruptcy Case: 13-30487-NVA |
| JUDY A. ROBBINS<br>United States Trustee for Region Four,<br><br>  Plaintiff<br><br>v.<br><br>ROBERT E. DAY, JR.<br><br>  Defendant | Adv. Proc.: 14-00522-NVA<br><br>Chapter 7 |

## NOTICE OF SERVICE OF DISCOVERY MATERIALS

I HEREBY CERTIFY, that on this 5th day of November, 2014, a copy of the United States Trustee's Responses To Defendant's First Set Of Requests For Production Of Documents was served, via Federal Express, upon:

Craig B. Leavers, Esquire
Hoffmeister, Breza & Leavers
Executive Plaza III
11350 McCormick Road, Suite 1300
Hunt Valley, Maryland 21031.

                          Respectfully submitted

Dated: November 5, 2014         /s/ *Hugh M. Bernstein*
                                        Hugh M. Bernstein (Fed. Bar No. 23489)
                                        United States Department of Justice
                                        Office of the United States Trustee
                                        101 West Lombard Street, Suite 2625
                                        Baltimore, Maryland 21201
                                        (410) 962-4300
                                        Fax: (410) 962-3537
                                        hugh.m.bernstein@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 5th day of November, 2014, a copy of the forgoing Notice was filed in the United States Bankruptcy Court for the District of Maryland and that according to the Court's CM/ECF system, the following person were served electronically as a result thereof:

- Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
- Craig B. Leavers    craigl@hbllaw.com, ksmith@hbllaw.com

    /s/ *Hugh M. Bernstein*
Hugh M. Bernstein